**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| JAMES DALE,<br><br>        *Plaintiff*,<br><br>                v.<br><br>DEPARTMENT OF DEFENSE,<br><br>        *Defendant*. | Case No. 26-CV-5367 (RA)<br><br>**<u>DECLARATION OF SERVICE</u>** |

I, Isaac Park, declare under penalty of perjury:

1.      I am counsel for Plaintiff James Dale.  I have personal knowledge of the facts stated in this declaration.

2.      On June 30, 2026, the Clerk issued a summons directed to Defendant Department of Defense.  *See* ECF No. 6.

3.      On June 30, 2026, I assembled three sets of materials to be served.  Each set contained a true and correct copy of the summons (ECF No. 6), the complaint (ECF No. 1), and the Court's Order and Notice of Initial Conference (ECF No. 5).

4.      On July 1, 2026, I caused one set of materials to be delivered by a process server to the United States Attorney's Office for the Southern District of New York.  A true and correct copy of the process server's signed proof of service is attached as Exhibit A.

5.      On June 30, 2026, I personally mailed the second set of materials by USPS certified mail to the Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.  The USPS tracking record states that the mailing was picked up at the post office in Washington, DC 20530, on July 15, 2026.  A true and correct copy of that tracking record is attached as Exhibit B.

1

6.      On June 30, 2026, I personally mailed the third set of materials by USPS certified mail to Defendant Department of Defense, c/o Office of General Counsel, 1600 Defense Pentagon, Washington, DC 20301-1600.  The USPS tracking record states that the mailing was picked up at the post office in Washington, DC 20301, on July 13, 2026.  A true and correct copy of that tracking record is attached as Exhibit C.

7.      Because all three sets of materials contained the Court's Order and Notice of Initial Conference (ECF No. 5), the Department of Defense was indeed served with a copy of that Order and Notice, as directed by the Court.

I declare, under penalty of perjury, that the foregoing is true and correct.


Executed on:   July 25, 2026                    Respectfully submitted,
               New York, NY

                                        _____/s/ Isaac Park_____
                                        Isaac Park (NY Bar No. 5708482)
                                        Law Offices of Isaac Park, PLLC
                                        767 Broadway #1752
                                        New York, NY 10003
                                        Phone: (646) 402-5902
                                        isaac@parklaw.org

                                        *Counsel for Plaintiff*

2