# EXHIBIT A

FOIA Summons (12/11) (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Department of Defense**

was received by me on *(date)* _____06/30/2026_____

* I personally served the summons on the individual at *(place)* _____

 on *(date)* _____ ; or

* I left the summons at the individual's residence or usual place of abode with *(name)* _____
 _____ , a person of suitable age and discretion who resides there,

 on *(date)* _____ , and mailed a copy to the individual's last known address; or

* I served the summons on *(name of individual)* _____**Derrick Miller (Civil Clerk)**_____ , who is

 designated by law to accept service of process on behalf of *(name of organization)* _____

 _**United States Attorney's Office, Southern District of New York**_ on *(date)* _____07/01/2026_____ ; or

* I returned the summons unexecuted because _____ ; or

* Other *(specify):*


My fees are $ __144.00__ for travel and $ _____ for services, for a total of $ __144.00__

I declare under penalty of perjury that this information is true.

Date: __7-7-2026__

_____
Server's signature

__Islam G Alaaeldin__
Printed name and title

__1956 64th St 2F Brooklyn, NY 11204__
Server's address

Additional information regarding attempted service, etc:

**I delivered the documents to Derrick Miller (Civil Clerk) who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a bald black male contact 55-65 years of age, 5'8"-5'10" tall and weighing 200-240 lbs.**

Tracking #: 0231202047