# EXHIBIT B

**Tracking Number:**

# 9589071052703695631273

**Copy**        **Add to Informed Delivery**

## Latest Update

Your item was picked up at the post office at 5:36 am on July 15, 2026 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

## Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
July 15, 2026 5:36 AM

**Redelivery Scheduled for Next Business Day**

WASHINGTON, DC 20530
July 14, 2026 10:21 AM

**Arrived at Post Office**

WASHINGTON, DC 20018
July 14, 2026 9:09 AM

**Arrived at USPS Facility**

NEW YORK NY DISTRIBUTION CENTER
June 30, 2026 10:13 PM

**Departed Post Office**

NEW YORK, NY 10014
June 30, 2026 6:37 PM

**USPS in possession of item**

NEW YORK, NY 10014
June 30, 2026 4:12 PM

Hide Tracking History

**What Do USPS Tracking Statuses Mean?**

---

**Text & Email Updates**

---