# EXHIBIT C

**Tracking Number:**

# 9589071052703695631280

Copy      Add to Informed Delivery

## Latest Update

Your item was picked up at the post office at 6:56 am on July 13, 2026 in WASHINGTON, DC 20301.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## ● Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20301
July 13, 2026 6:56 AM

**Arrived at Post Office**

WASHINGTON, DC 20018
July 13, 2026 4:06 AM

**Arrived at USPS Facility**

NEW YORK NY DISTRIBUTION CENTER
June 30, 2026 10:13 PM

**Departed Post Office**

NEW YORK, NY 10014
June 30, 2026 6:37 PM

**USPS in possession of item**

NEW YORK, NY 10014
June 30, 2026 4:12 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

| Text & Email Updates | ⌄ |
|---|---|
| USPS Tracking Plus® | ⌄ |
| Product Information | ⌃ |