AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| JAMES DALE | ) |
| *Plaintiff* | ) |
| v. | ) Case No.    26 Civ. 5367 (RA) |
| DEPARTMENT OF DEFENSE | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

U.S. Department of Defense                                                                  .

Date:    07/28/2026

/s/ Jacob Lillywhite
*Attorney's signature*

Jacob Lillywhite
*Printed name and bar number*

United States Attorney's Office, SDNY
86 Chambers Street, Third Floor
New York, NY 10007

*Address*

Jacob.Lillywhite@usdoj.gov
*E-mail address*

(212) 637-2639
*Telephone number*

(212) 637-2750
*FAX number*