**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 27, 2026

***BY ECF***

Hon. Ronnie Abrams
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Dale v. Department of Defense*, 26 Civ. 5367 (RA)
(related to *Dale v. Department of Defense*, No. 26 Civ. 6617 (RA))

Dear Judge Abrams:

This Office represents the United States Department of Defense (the "Government") in the above-referenced action brought pursuant to the Freedom of Information Act. I write respectfully to request that the Government's August 31, 2026, deadline to answer or otherwise respond to the plaintiff's complaint be extended by one month to September 30, 2026. This is the Government's second request for an extension, and the plaintiff consents to this request.

The plaintiff sought a single document, which the Government produced to him with minimal redactions on July 16, 2026. The parties continue to meet and confer regarding the plaintiff's claim for attorneys' fees and costs.

We thank the Court for its consideration of this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: */s/ Jacob Lillywhite*
JACOB LILLYWHITE
Assistant United States Attorney
(212) 637-2639
jacob.lillywhite@usdoj.gov

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
August 28, 2026

cc: Isaac Park, Esq.
*Counsel for Plaintiff*
(by ECF)