**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JAMES DALE,

Plaintiff,

v.

DEPARTMENT OF DEFENSE,

Defendant.

No. 26 Civ. 5367 (RA)

**STIPULATION AND ORDER OF SETTLEMENT AND DISMISSAL**

WHEREAS, plaintiff James Dale ("Plaintiff") filed the above-captioned suit pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking the release of certain records by defendant Department of Defense ("Defendant");

WHEREAS, Defendant released certain records to Plaintiff in response to the FOIA requests at issue in this lawsuit, subject to certain applicable exemptions; and

WHEREAS, the parties have agreed to resolve Plaintiff's claim for litigation costs pursuant to 5 U.S.C. § 552(a)(4)(E) under the terms and subject to the conditions set forth in this Stipulation and Order;

IT IS HEREBY STIPULATED, AGREED, and ORDERED as follows:

1. The documents produced by Defendant in this action fully resolve any and all claims by Plaintiff against Defendant or the United States of America (the "United States"), or any department, agency, officer, or employee of Defendant and/or the United States, arising out of the March 25, 2026, FOIA request at issue in this action, designated 26-F-1834.

2. After the Court has approved and docketed this Stipulation and Order, Defendant shall pay to Plaintiff the sum of five thousand dollars ($5,000.00) for litigation costs (the

"Settlement Amount"). This payment shall constitute full and final satisfaction of any and all claims by Plaintiff for attorneys' fees, expenses, costs, interest, and any other sums related to this action. Payment shall be made by electronic funds transfer, and counsel for Plaintiff will provide the necessary information for the Government to effectuate the transfer.

3. Conditioned upon Defendant's compliance with this Settlement Agreement, Plaintiff hereby fully and forever releases and discharges Defendant, the United States, and their present or former officers, employees, successors, and agents, in their official and individual capacities, from any and all rights or claims arising from the allegations in the Complaint filed in this action. This release encompasses, resolves, and satisfies all claims in connection with all facets of this FOIA matter, from the initial submission of Plaintiff's records requests through and including any litigation, as well as any other proceeding involving claims that were or could have been raised in this action. Plaintiff agrees to forever release and discharge any claims for further disclosure of the records or the portions of records sought in this action, and will not subsequently request that Defendant grant access to those records or portions of records under the FOIA. For avoidance of doubt, this release and discharge do not extend to any records outside the scope of the records released in this action, including those sought in *Dale v. Department of Defense*, No. 26 Civ. 6617 (RA) (S.D.N.Y.).

4. This action is hereby dismissed with prejudice, and without costs or fees other than as provided in paragraph 2 of this Stipulation and Order, provided that the Court shall retain jurisdiction for the purpose of enforcing this Stipulation and Order.

5. This Stipulation and Order shall not constitute an admission of liability or fault on the part of Defendant or the United States or their agents, servants, or employees, and is entered into by both parties for the sole purpose of compromising disputed claims and avoiding the

expenses and risks of further litigation.

6. The parties agree that this Stipulation and Order is non-precedential with respect to any other proceeding against Defendant, the United States, or any agency or instrumentality of the United States.

7. The parties understand and agree that this Stipulation and Order contains the entire agreement between them, and that no statements, representations, promises, agreements, or negotiations, oral or otherwise, between the parties or their counsel that are not included herein shall be of any force or effect.

Dated: September 30, 2026
New York, New York

ISAAC PARK
______________________
Law Offices of Isaac Park, PLLC
767 Broadway #1752
New York, NY 10003
(646) 402-5902
isaac@parklaw.org

*Counsel for Plaintiff*

Dated: September 30, 2026
New York, New York

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: ______________________
JACOB LILLYWHITE
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
(212) 637-2639
jacob.lillywhite@usdoj.gov

*Counsel for Defendant*

**SO ORDERED.**

Dated: September__, 2026
New York, New York

______________________
HON. RONNIE ABRAMS
United States District Judge